UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: WALTER P. MAYES, JR.,    CHAPTER 13
                                CASE NO: 11-44588-PJS
           Debtor(s).           JUDGE: Phillip J. Shefferly
_____/

**ORDER CONFIRMING PLAN**

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **ANDREA D. CARTWRIGHT**, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $**3,000** in fees and $**0.00** in expenses, and that the portion of such claim which has not already been paid, to-wit: $**2,774** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- ■ The Debtor(s) shall remit _100_% of all tax refunds to which Debtor(s) is/are entitled during the commencement of the Plan and shall not alter withholdings without Court approval.
- ❑ The Debtor(s)' Plan shall continue for no less than _____ months.
- ❑ The claim of _____ shall be paid in accordance with its duly filed claim unless otherwise ordered by the Court.
- ■ The Debtor(s)' Plan payments shall be increased to $ **1,671.67** per **MONTHLY** effective the **24**$^{th}$ day of **May 2011**.
- ❑ Creditor's rights to object to the last filed Amended Plan are preserved until _____.
- ■ HSBC Mortgage Corp ("(HSBC") shall be paid pursuant to its proof of claim with its arrears paid over 36 months.
- ■ HSBC shall be paid as a Class 4 claim in the amount of $22,965.01 over 36 months.
- ■ Nothwithstanding II.F.1. and II.F.3 of plan the claim of HFC III shall be paid as an unsecured claim pursuant to the Default Judgment entered on 4/28/11 in adversary case no. 11-04974.

**Objections Withdrawn**
_/S/ Adam Reatherford_ (P70827)___
For Creditor: HSBC Mortgage Corp

Approved:
/s/ David Wm. Ruskin_____            _/s/ Andrea D. Cartwright_____
David Wm. Ruskin (P26803)                       Cartwright Law Firm PC
Chapter 13 Trustee                              Attorney for Debtor
                        .

**Signed on May 27, 2011**

                                         ____/s/ Phillip J. Shefferly____
                                         **Phillip J. Shefferly**
                                         **United States Bankruptcy Judge**