UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Walter P Mayes Jr,
                    DEBTOR.
_____/

CHAPTER 13
CASE NO. 11-44588-PJS
JUDGE PHILLIP J. SHEFFERLY

## ORDER TO COMPEL DEBTOR TO COMPLY WITH PROVISIONS OF CONFIRMED CHAPTER 13 PLAN

     This matter came on for hearing upon a Motion filed by the Chapter 13 Standing Trustee, the Motion having been properly served and a Notice of the Motion having been provided in accordance with local bankruptcy rules, the requisite time for objections having passed, a response to the Motion was not timely served, and based upon the records of the Court herein, the Court determines that the Relief requested is warranted and the Court being otherwise sufficiently advised in the premises;

     IT IS HEREBY ORDERED that debtor shall complete all obligations under the confirmed Plan including payments to secured creditors, all payments due to unsecured creditors, remittance of the debtor's tax returns to the Chapter 13 Trustee and the remittance of tax refunds to the Trustee by November 27, 2014 or the case may be dismissed upon the filing of the Trustee's affidavit without further notice or hearing;

     IT IS FURTHER HEREBY ORDERED that this Order is without prejudice to Debtor to file any proposed Plan modification(s) as Debtor deems appropriate. If any Plan modification is approved by this Court subsequent to the date of this Order, then the requirements of this Order shall be deemed to be amended to conform to the provisions of the Plan as modified;

     IT IS FURTHER ORDERED that if the case is dismissed upon the filing of the Trustee's Affidavit of Default, such dismissal shall not constitute a dismissal with a bar to refiling pursuant to 11 U.S.C. 109(g).

**Signed on July 01, 2014**

                          **/s/ Phillip J. Shefferly**
                          **Phillip J. Shefferly**
                          **United States Bankruptcy Judge**